■ FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent, v SALESMEN UNLIMITED AGENCY CORP. et al., Respondents, and JOSEPH SCHUPLER, Appellant. — On the court's own motion, appeals from orders of the Supreme Court, Nassau County, dated July 4, 1978, August 31, 1982 and November 19, 1982, respectively, dismissed as abandoned. (See 22 NYCRR 670.20 [f].) Weinstein, J. P., Brown, Niehoff and Rubin, JJ., concur.

■ MYRTLE I. GLOVER, Respondent, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Appellant. — Order of the Supreme Court, Kings County (Kartell, J.), dated October 28, 1983, affirmed, with costs. (See *Salch v Paratore,* 60 NY2d 851.) Titone, J. P., Gibbons, Brown and Lawrence, JJ., concur.